Form 4004-1 (12/24) (Chapter 13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

IN RE:

Jamie E. Quigley
Kimberly R. Quigley                    ,

Case No. 21-10476-R
Chapter 13

**Debtor(s).**

## CERTIFICATION
## AND REQUEST FOR ISSUANCE OF DISCHARGE

Debtor(s) hereby certify under penalty of perjury that the following statements are true and correct:

1. The Chapter 13 Trustee has filed a Notice of Plan Completion or Notice of Early Plan Completion stating that the Debtor(s) paid sufficient funds to the Trustee to meet all obligations required by the plan or to pay all claims in full even though the term of the plan has not expired, or a Motion for Entry of Discharge under 11 U.S.C. §1328(b).

*(Select One)*

2. [X] The Debtor(s) completed, after the filing of this case, a personal financial management course required by 11 U.S.C. § 1328(g)(1) and filed the requisite certificate of completion of a personal financial management course (Certificate of Debtor Education).

   or

   [ ] The Debtor(s) are not able to complete the requirements set forth above because of incapacity, disability, or active military duty in a military combat zone. *Specify*: _____.

*(Select One)*

3. [X] Debtor(s) have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation, as defined in 11 U.S.C. § 101(14A), either prior to the date the petition was filed or any time after the petition date.

   or

   [ ] Prior to the date of this certification, Debtor(s) paid all amounts due under a domestic support obligation, as defined in 11 U.S.C. § 101(14A) and required by a judicial or administrative order, or by statute (including amounts due before the petition was filed, but only to the extent provided for by the Plan) in accordance with 11 U.S.C. § 1328(a).

*If you checked the second box, you must provide the information below.*

My current address: _____

Form 4004-1 (12/24) (Chapter 13)

My current employer and my employer's address: _____

_____

4. If the Debtor(s) claim a homestead exemption in excess of the dollar amount listed in 11 U.S.C. § 522(q)(1)* at the time of commencement of the case, there is no proceeding pending in which the Debtor(s) may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

Debtor(s) declare under penalty of perjury that the foregoing statements are true and correct to the best of my/our knowledge, information and belief, and that the Court may rely on the truth of each statement in determining whether to grant a discharge in this case. Debtor(s) further understand(s) that the Court may revoke the discharge if such order of discharge was procured by fraud.

Dated: August 18, 2025

s/ Jamie E. Quigley
Debtor

s/ Kimberly R. Quigley
Debtor

## NOTICE OF OPPORTUNITY TO OBJECT

Any objections to the accuracy of the Certification must be filed within fourteen (14) days of the date of filing of this document. If no objections are filed, the Court will consider entering the discharge in this case without further notice or hearing.

s/ Timothy L. Wallace
Signature of Debtor or Debtor's Attorney
Timothy L. Wallace, OBA # 18889
Wallace Law Firm, P.C.
1112 SW 59th Street
Oklahoma City, Oklahoma 73109
405-688-4444
lawcenter@lawcenter.us
Name/OBA#/Address/Telephone #/Email

* Dollar amounts are adjusted on April 1 every third year, and the adjusted dollar amount applies to cases commenced on or after the date of adjustment.